BOTTINI & BOTTINI, INC.
  Francis A. Bottini, Jr. (SBN 175783)
  Albert Y. Chang (SBN 296065)
  Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:  (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

COTCHETT, PITRE & MCCARTHY, LLP
  Joseph W. Cotchett (SBN 36324)
  Mark C. Molumphy (SBN 168009)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:  (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com

*Counsel for Plaintiff Anthony Basile*

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY BASILE, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., VALEANT PHARMACEUTICALS INTERNATIONAL, AGMS, INC., PERSHING SQUARE CAPITAL MANAGEMENT, L.P., PS MANAGEMENT GP, LLC, PS FUND 1, LLC, WILLIAM A. ACKMAN, and DOES 1-10,<br><br>  Defendants. | Civil Action No. 14-cv-9629<br><br>Class Action<br><br>**Notice of Related Civil Case Under L.R. 83-1.3** |

Notice of Related Civil Case

1  In compliance with L.R. 83-1.3, Plaintiff Anthony Basile identifies the following
2  case as related: *Allergan, Inc. v. Valeant Pharmaceuticals International, Inc.*, No. 14-cv-1214-
3  DOC (ANx) (C.D. Cal.) (the "*Allergan* Case"). The *Allergan* Case is related to this case
4  because they both (1) name the same defendants; (2) arise from some of the same
5  transactions, happenings, and events; and (3) assert similar claims.

6  Both cases name as defendants: (1) Valeant Pharmaceuticals International, Inc.
7  and its affiliates, including Valeant Pharmaceuticals International and AGMS, Inc.
8  (collectively, "Valeant"); and (2) Pershing Square Capital Management, L.P. ("Pershing
9  Square"), William A. Ackman, the founder and Chief Executive Officer of Pershing
10 Square, and affiliates of Pershing Square, including PS Management GP, LLC and PS
11 Fund 1, LLC (collectively, the "Pershing Defendants").

12 The complaints in both cases allege, among other things, that (1) in February
13 2014, Valeant and the Pershing Defendants entered into an agreement to acquire a
14 substantial stake in Allergan, Inc., an Irvine, California-based health care company; (2)
15 between February and April 2014, Valeant tipped the Pershing Defendants with respect
16 to its plan to acquire Allergan; and (3) the Pershing Defendants traded Allergan stock
17 on the basis of material, non-public information.

18 Based on the foregoing allegations, both complaints assert claims under Sections
19 14(a) and 20A of the Securities and Exchange Act of 1934, as amended by the Williams
20 Act of 1968.

21 Dated: December 16, 2014

BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Albert Y. Chang (SBN 296065)
Yury A. Kolesnikov (SBN 271173)

      s/ Francis A. Bottini, Jr.
_____
        Francis A. Bottini, Jr.

7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:  (858) 914-2001
Facsimile:   (858) 914-2002
fbottini@bottinilaw.com
achang@bottinilaw.com
ykolesnikov@bottinilaw.com

- 1 -

Notice of Related Civil Case

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COTCHETT, PITRE & MCCARTHY, LLP
Joseph W. Cotchett (SBN 36324)
Mark C. Molumphy (SBN 168009)
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
Telephone:   (650) 697-6000
Facsimile:    (650) 697-0577
jcotchett@cpmlegal.com
mmolumphy@cpmlegal.com

Joanna W. LiCalsi (SBN 288771)
2716 Ocean Park Boulevard, Suite 3025
Santa Monica, California 90405
Telephone:   (310) 392-2008
Facsimile:    (310) 392-0111
jlicalsi@cpmlegal.com

*Counsel for Plaintiff Anthony Basile*