**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Anthony Basile, individually and on behalf of all others similarly situated<br><br>PLAINTIFF(S)<br>v.<br>Valeant Pharmaceuticals International, Inc. et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:14-cv-09629<br><br>**NOTICE OF INTRA-DISTRICT TRANSFER**<br>**BY CLERK OF COURT** |

To: All Counsel Appearing of Record

☐ Due to clerical error, this case was improperly assigned to the ☐ Western ☐ Southern ☐ Eastern Division of this District. Pursuant to General Order 14-03 this case is hereby transferred to the ☐ Western ☐ Southern ☐ Eastern Division for all further proceedings.

☒ Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the ☐ Western ☒ Southern ☐ Eastern Division.

This case has been reassigned to case number 8:14-cv-02004 and has been ☒ assigned ☐ reassigned to Judge Josephine L. Staton for all further proceedings.

Any matters that are or may be referred to a Magistrate Judge are hereby ☒ assigned ☐ reassigned to Magistrate Judge Jay C. Gandhi for:
☒ any discovery and/or post-judgment matters that may be referred.
☐ for all proceedings in accordance with General Order 05-07.

All documents filed in this case must reflect the new case number and newly assigned Judge/Magistrate Judge initials so that the new case number will read: 8:14-cv-02004-JLS (JCGx) . This is very important because any documents presented to the Clerk for filing in paper format are routed by the initials.

Clerk, U.S. District Court

By: (Estrella_Tamayo@cacd.uscourts.gov)
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Intake Coordinator; Statistics Clerk*

G-73 (06/14)   NOTICE OF INTRA-DISTRICT TRANSFER BY CLERK OF COURT